**Sales Floor**
**Merchandise**
**Merchandise Presentation Manual**
**Marshalls**
**Fixturing & Signage Standards**
**Fixturing Standards**
**Revised 01/12**

4-Ways

- Our most important feature fixture throughout the store.
- Use 4-ways for either coordinate groups, related separates or for a single classification of goods.
- Garments needing frontal exposure should be featured on a 4-way. If the garment does not need frontal exposure, a rounder maybe used.
- When merchandising a classification on a 4-way, feature one price point, colorized, sized within a color.
- For coordinate groups, the front and back arms should feature tops only; side arms should house bottoms only whenever possible.
- If a group contains three arms of tops and one arm of bottoms, merchandise coordinating tops and bottoms on the front two arms of the 4-way.
- Wherever possible, show a maximum of 2 styles per arm.
- If tops and bottoms are on the same arm, tops lead.
- If two different bottoms are on one arm, merchandise short item into long item, e.g., skirts into pants.
- If you need to feature two different coordinate groups on the same 4-way, the groups should be of like fabrication, color, lifestyle and similar price range.
- Place coordinating pieces on adjacent arms, so that as you look at the fixture you see the tops and bottoms to the same group.
- Size each arm front to back within style/color.
- Hangers are to face in the same direction on all arms of the fixture.

*Example:*



- Use 4-ways with add on arms leading into the Infants and Toddlers runs. Sometimes referred to as 8 ways.
- 4-ways with add on arms may also be used to feature 4-6x girls coordinates, 4-7 boys merchandise, shorts and swimwear in all departments. When using add-on arms, all arms on each level must be at the same height.
- Feature bra & panty coordinates on 16 arm coordinate fixtures.
- Maintain pushback on all arms.
- Group together like 4-ways by department to maintain consistent arm types and heights in each area of the store.
- Grid 4-ways front to back.
- Follow aisle spacing standards.
- The height of the 4-way should mirror the height of the run it leads.
- The front right and back left arm of each 4-way should be one notch higher than the front left and right back arms. If the 4-way is double tiered, set all arms at the same height.
- When you have two or more 4-ways deep on a pad, the majority of the 4-ways will face the primary aisle. 4-ways that are on the secondary aisle will face the secondary aisle.

    *Example:*



- **Suggested arm heights (may vary slightly based upon type of fixture):**

- o **Straight Arm 4-ways with wheels**
  High Arm -- Second Notch
  52" from floor to top of arm
  Low Arm -- First Notch
  49" from floor to top of arm
- o **Children's 4-ways**
  May be one notch lower than the above. Double tiered 4-ways should have all straight arms, set at an even height.
- o **Men's 4-ways**
  May be one notch higher on all arms due to the length of the garments, if necessary.

**4-Way Presentations**



T-Stands

- Used primarily (but not exclusively) in front of dress runs.
- The height of the T-stand should mirror the height of the run behind it.
- T-stand height must be consistent throughout the departments in which they are used.
- Front arm is one notch lower than the back arm. Signs should be on front arm.
- Side by side T-stands should house merchandise similar in color and style.
- When merchandising a coordinate on a T-stand, feature the top on the front arm with the coordinating bottom on the back arm.
- Maintain pushback on all arms.
- Size each arm front to back within style/color.
- Sign every T-stand if possible. If not, sign the T-stand on the right.
- Hangers are to face in the same direction on all arms of the fixture.

*Example:*



**T-Stand Presentations**



Rounders

- Used to feature classifications of goods, and clearance.
- The height of the rounder should mirror the height of the run behind it.
- Rounder height should be consistent throughout the department.
- If it is necessary to use rounders on the Collections pad, they must be behind 4-ways, not on the racetrack.
- Merchandise left shoulder out.
- Maintain pushback.
- Size all rounders using size dividers.
- Sizing begins on the left side of the rack and continues around counter clockwise.
- Sign every rounder if possible.
- Hangers are to face in the same direction around the rack.
- Rounders are the feature fixture of choice in front of clearance runs.
- Use twist-on sign holders on rounders.
    *Example:*



H-Racks

- Heights are to be consistent throughout each department.
- Do not allow merchandise to drag on the floor.
- Merchandise hung left shoulder out.
- Maintain pushback.
- At low inventory times, all runs may be valleyed if inventory is not sufficient to maintain peak & valley.
- All runs are to be gridded front to back and side to side, lined up with features, following aisle spacing standards.
- Peaked runs should have an end panel.
- An end panel is used on every run on the racetrack. Use a 1" peg (nub) to display a single merchandise faceout.
- If spacing is tight use a faceout only on peaked runs.
- Size H-racks numerically or S, M, L, XL, snaking left to right.
- Begin sizing flow on the left side of the first run as you enter the department.



- To maintain a clean look, the ideal is to have one category per side. Use sound management discretion to obtain this objective based upon stock ownership.
- Use size paddles at the beginning and end of each side of the run, and at the beginning of each size in between.

- Use category paddles at the beginning and end of each category. Size paddles sandwich the category paddles. However category paddles, should only be placed at front and back of every h-rack run.

**Redesigned Stores Only**

Endpanel Mirror
- This customer service fixture should be located at the front and back of every other h-rack along the racetrack. At least 50% of the mirrors positioned along the racetrack must be useable by the customer. This means that a space of at least 2.5 feet must be maintained between the h-rack (with mirror) and the next closest fixture.



- In smaller stores, this mirror can be positioned on the h-rack that is peaked on the aisle.
- Mirrors should also be located on the back of every other h-rack in Ladies Sportswear.
- Other areas where endpanel mirrors should be placed include:
    - Dresses, coats, women's sizes, petites, activewear, juniors (not CUBE), accessories, girls, men's (whenever), these departments have racetrack exposure.

Endpanel Grid
- This fixture should be placed at the front of all Ladies Sportswear h-rack that do not contain endpanel mirrors.
- Endpanel grids should have a representative garment from the adjacent aisle displayed on the end.
- Additional endpanel grids can be used to add capacity to areas of the store that have h-rack presentation. This strategy can also be used to encourage multiple sales by showing related accessory product.

Capacity Extender
- This fixture is designed to sit on top of an h-rack. This fixture can be pegged or a basket is also available to contain smaller product.
- This fixture allows the cross merchandising of an accessory product adjacent to apparel.
- These fixtures should be balanced in apparel areas throughout the store. Where possible, avoid positioning these fixtures in the sections of the runs closest to the main aisle, because of their height. Stagger the positioning if the length of the runs permit.



| | |
|---|---|
| Single Queue In-Line | • This fixture can be used on the interior and the exterior of the queue as it can be "shopped" from both sides.<br>• This fixture can be shelved or pegged as needed.<br>• This fixture has wheels so it can be moved throughout the queue as needed.<br>• Shelves will be made of wood.<br>• One foot space should be maintained between these fixtures to provide a visual break between the presentations. |



| | |
|---|---|
| Tee Fixture | • This fixture will either completely replace (new stores) or partially replace (remodel stores) the K fixture as the primary floor fixture for pegged or shelved merchandise.<br>• This fixture can be doubled by placing two end to end and connecting the hook over the knob at the top and bottom of the fixture.  This will allow more merchandising space when larger features are created.<br>• This fixture can be pegged or shelved, there is even a basket available to contain product.<br>• Other fixture accessories have been developed to hold items such as hats, belts and ties and knotted scarves on this fixture.<br>• The largest concentration of these fixtures should be in the accessories area to house various categories however, men's furnishings, men's gifts and luggage/travel accessories will also utilize these fixtures. |



| | |
|---|---|
| White Wardrobe Fixture | • The first photo (shown below) shows a fixture that has a "delicate lace" panel. This fixture should only be used in the lingerie department.<br><br>• The second photo (shown below) shows the same fixture with a solid white panel. This fixture is designed to be used the children's area.<br><br>• Average store will receive 5 of these fixtures; 3 kids (boys, girls, infants) and 2 lingerie.<br><br>• Both fixtures can be shelved, pegged or faced out as needed to create multiple sales opportunities. However, be certain to bulk out product from the parent department before adding any "accessory" product.<br><br>• The preferred location of these fixtures is at the front of the apparel run. This fixture should replace the feature normally placed at the front of the h rack. |

 

| | |
|---|---|
| Wood Wardrobe Fixtures | • This fixture can be shelved, pegged or faced out as needed to create multiple sales opportunities. However, be certain to "bulk out" product from the parent department before adding any "accessory" product. |

- Its primary use should be as an independent fixture to feature apparel. The sides of the fixture should be fully merchandised.  Unlike the while version of these fixtures used in lingerie and kids, these wood fixtures should generally not be positioned next to a run.
- Because of the height of this fixture it should not be located right on the racetrack or main aisle, but rather in center/back position within the h rack or pad.
- Preferred location is in collections area, activewear or men's furnishings.



Handbag Fixture

- The universal fixture is truly versatile.  Just changing the hardware changes the function of this fixture.  With J hook faceouts this is a handbag fixture, switch to shelves and this is a toy gondola, switch it out again and it's a dress shirts fixture.
- The "wings" shown in this photo will not be included in traditional Marshalls stores.  This component will only exist in Marshalls "freestanding" Shoe stores.
- This fixture should accommodate two rows of handbags comfortably. Shelves can be positioned in the fixture to house flat surface items if/when necessary.
- Always sign the endcaps with appropriate signage use a blank backer on the back of the sign.



Men's Dress Shirts
- Each Shelf of this fixture should have a size tab included as a customer service.
- The front endcap can be fixtured with a (slatwall) tie rack to feature ties adjacent to the dress shirts.

 

Toy Gondola
- The universal fixture is shown here with toys.
- Toys would be moved to the salesfoor and basics would be relocated to the wall, depending upon merchandise levels in each category.



| | |
|---|---|
| Home Gondola | • Divider panels are available to create definition to merchandising statement.  These panels can be inserted between shelves.  Use as needed between categories, themes, full price/ clearance.  These panels also will prevent product at the end of shelving profiles from falling to the floor. |



| | |
|---|---|
| Kitchen Counter In-line | • Countertop units will be placed in the cookware aisle to create the illusion of a kitchen environment.  These fixtures can be placed in every or every other section of the cookware area.  If the every other option is chosen, shelves should be placed in the lower sections to maintain capacity.<br>• Stores may also consider this fixture for the Dinnerware / Serveware area of home.<br>• Grid panels will be needed to be inserted between the uprights in order to peg sections of the gondola as the wainscoating is not peggable without this grid.<br>• Saute pans should be hung on gridpanels (or slatwall) above the countertop fixtures or in the space between countertop fixtures if placing in every other section.<br>• Countertop will run down cookware run, with endcaps on either front side of this run to receive countertop cube. |



| | |
|---|---|
| Stacking Endcap Cubes | • All stores will receive the cube fixtures shown in the photo to update the look of the home area.  This fixture should be used to create a feature of product from the merchandise in the adjacent aisle. |



| | |
|---|---|
| Shaker Tables | • Generally these feature fixtures should be positioned at the end of an oncoming aisle in the racetrack wherever possible.<br>• (2) Sets should be placed in front of in-line fixtures.<br>• (1) Set to be used in home outpost or front of store presentation. |



| | |
|---|---|
| Kitchen Counter Endcap | • Cubes standard on every other endcap. |



| | |
|---|---|
| Home Aisle Fixture | • Use to feature items from the home department in the back aisle of the store.  At times this fixture may be considered for use at the front of store outpost when featuring home product. |



| | |
|---|---|
| 30 x 30 Grid Baskets | **ALL GRID BASKETS SHOULD HAVE LEG PROTECTORS!** <br>• Set base of grid as deep as needed to accommodate merchandise, keeping shoppability in mind.<br>• Ensure that a minimum of 50% of the product is visible above the grid.<br>• All 30 x 30 grid baskets are to have a center divider.<br>• Set the center divider at a consistent height on all 30 x 30 grids (5 open holes showing on the center divider above the side of the grid).<br>• All 30 x 30 grids are to have a sign holder affixed to the center divider. Bottom of the sign holder is to be even with the top of the center divider.<br>• All 30 x 30 grid sign holders are to be at a consistent height.<br>• Newer prototype stores have the ability to double tier and peg on 30 x 30 grids. Use this added feature to enhance grid presentation and promote multiple selling.<br>• Merchandise with a single item at a price point or price range.<br>• Two classifications/vendors are acceptable. Ensure that items relate to each other if each side of the grid features different items.<br>• 30 x 30 grid baskets may be used at the front of the store, or in a department presentation. |



| | |
|---|---|
| Table/Platforms | These fixtures may be used like 18x72 tables or may be collapsed to use as platforms. |
| White Wire Risers | • Use to add capacity and depth to a tabled presentation. |
| | • Use to highlight a theme or an assortment of merchandise within a category. |
| | • Risers should be positioned at the back edge of the center of the table. |
| Triple Tier Tables | • The first choice for merchandise on triple tier tables is folded <u>apparel</u>. |
| | • The table should always be signed (sign holders w/5" stem works best), preferably with a pricepoint and vendor topper. |
| | • Tables can be used at FOS (outpost area) if an entire gender theme is presented (e.g., men's wovens, shorts or knits). |
| | • If set in a department, ensure it is on an aisle, adjacent to the classification featured on the table. |



**Non-Redesigned Stores Only**

| | |
|---|---|
| K-Fixtures | - K-Fixtures are intended to house basics in Girl's, Boys, Accessories and Men's.  They may also be used for Toy's and Books and Bath and Body products or to highlight a lifestyle presentation.
| | - The fixture can accommodate shelves, pegs and framed art brackets.
| | - Socks and underwear should be grouped by style/color, top to bottom, left to right.
| | - Toys and Books and Bath and Body product should be housed on shelves.  Shelf lips are available for use when merchandise dictates.
| | - The fixtures can be used in other departments, but only when there is no backstock in any Basics area or in Toys and Books.
| | - The k fixture should be signed when appropriate with a 2" stem sign holder.

 

| | |
|---|---|
| Walkarounds | - Walkarounds can be used in Accessories, Men's Basics, Juniors and Children's.
| | - Do not merchandise above the top of the fixture.  Do not merchandise on the base.
| | - Maintain a consistent presentation on each side of the fixture, either all pegged or all shelved.
| | - When shelved, it is preferred that all sides have 4 shelves, but shelves may be adjusted as needed to fit the product merchandised on the fixture.
| | - If pegged, square pegs off top to bottom, left to right.  Use 6" pegs.
| | - Do not use walkarounds in the racetracks or in the front of the store intensification area, unless specifically directed to do so on an exception basis.
| | - Walkarounds may be signed, if sign pertains to product on the entire walkaround.  Use a 2" stem sign holder.



| | |
|---|---|
| 36x36x66 Home Tower (Feature Cubes) | • This fixture should not be used to house a category of merchandise. Use it to tell a story (e.g. garden library, seasonal, etc.). |
| | • It can also be used at front of store, if space permits, to highlight a gift giving theme. |
| | • Ensure the merchandise selected for this fixture is broad enough that it can provide multiple sales opportunities within a theme. |
| Platforms: | • Platforms should be used for large furniture, rugs or luggage. |
| | • Theme when displaying furniture on platforms (wicker, rustic, color etc.) |
| Collapsible Cube Fixtures: | • The cube can be used to display a themed presentation of apparel, giftware, domestics or accessory product. |
| | • Sign the fixture where possible. |
| | • Position these fixtures at front of store or as the back drop to a shop. |



| | |
|---|---|
| Red Clearance Carts | Should be used for a category of clearance product. Can be housed in the main aisle or other appropriate areas. |