# EXHIBIT "E"

## Flow & Adjacencies - Overview

**Definitions:**

**Group** - Related categories that make up a segment or division of business, i.e., Junior Sportswear, Ladies Sportswear, Men's Activewear, Big & Tall, etc.

**Adjacency** - The location of a group in relationship to another group.

**Flows** - The location of a category in relationship to another category within a group or dept.

**General Guidelines for all RTW (READY TO WEAR) Apparel Departments:**

♦ Category flows issued seasonally describe the preferred flows.  However, actual category flow will be determined by product ownership.  Always flow tops into bottoms unless otherwise directed.  Actual category flow within each department will lead with primary ownership, flowing into lesser ownership categories.

**_Example_:**  Flow shows dress pants leading into denim pants.
If your store owns 20' of dress pants and 10' of denim, you will lead with dress pants because that is your primary ownership.

♦ A category of merchandise will be broken out and merchandised separately if store owns a minimum of 10' of that category (except in those areas noted).  If not, combine with a "like" category.

**_Example:_**  Flow shows sweaters leading into knits.  Store owns only 6' of knits – combine with sweaters by size.

♦ Within top categories, if less than 10' of a sleeve length, merchandise short sleeve into long sleeve within each size.
♦ When an entire category of merchandise is shown on a wall, position a feature of that category on the aisle.

## Sportswear Ready to Wear Adjacencies:

## Generally, sizing of Misses garments is as follows:



**Small**        4 - include Small in size 6
              6
              8 - include Medium in size 10
**Medium**       10
              12
**Large**        14 - include Large in size 14

              16
**X-Large**      18 - include Extra Large in size 18

♦   Make every effort not to peak the Ladies Sportswear department.  Features are our best way of showing fashion, value and vendor.  A minimum of one feature rack should be in front of every run.

## Ladies Sportswear:
♦   All hanging Misses Sportswear will be marked with a size identifier.
♦   Use alpha size dividers on tops including blouses, and numeric dividers on bottoms.
♦   In skirts, if you own 10' of short and long skirts, separate lengths and size within length. If you own less than 10', hash short and long, within size.
♦   Hang all ladies bottoms flat front.
♦   ¾ sleeve shirts and ¾ sleeve sweaters are to be mixed in with longsleeve shirts/sweaters.

## Ladies Collections/Feature Pad:
♦   Misses Coordinates will be identified with pink tickets.
♦   Maintain a run of broken coordinates immediately following your coordinates run (min. 10pc. tops & bottoms).  When coordinate components sell down and there are no longer sufficient quantities to promote a multiple sale (less than 10 pieces), mark through the department number on the ticket with a blue highlighter, and mix into your Ladies runs by category.
♦   For coordinate groupings on h-racks, group by style, tops into bottoms.

6

## D/01/02/03/04/05/06 Ladies - continued

**Features on the Collections pad should represent the following:**

♦ D/02/04 Best Brand Coordinates
♦ D/02/04 Best Brand Separates
♦ D/06 Kenar (select stores) merchandise by lifestyle.  Group together on the pad.
♦ Non-Best Brand Coordinates/Separates; <u>D/01/03/05 merchandise should also be featured on the pad to supplement the presentation when needed.</u>
♦ D/31 Suits
♦ D/35 Leather/Suede Outerwear (if space allows)
♦ Blouses (preferably at a price point).
♦ 4-ways on the Collections pad should represent both Career and Casual.  The proportions of Career vs. Casual features will be driven by the season and by ownership.
♦ Separate career features from casual features.
♦ Seasonal flows will list current Best Brand vendors; these should always be a priority for features.
♦ Best Brand Separates **(D/02/04 white tickets)** should be featured whenever possible. Ensure that the features are strong and coordinated.
♦ T-stands may be used on the collections pad, preferably on the aisle.
♦ Features should reflect a representation of career <u>and</u> casual merchandise:
  ♦ Fall generally reflects 60% career (D/01/02) - 40% casual (D/03/04/05)
  ♦ Spring generally reflects 40% career - 60% casual
♦ At least one triple tier table should be used on the Misses pad at all times.  Stores may receive breakdated merchandise intended to be folded on tables; this will usually be a <u>Monday</u> date.

7

## D/01/02/03/04/05/06 Ladies - continued

♦ Feature key items along the aisle adjacent to the front door (feature aisle).  Featurable key items can include, but are not limited to: career knits, sweaters, capri's, coordinates, leather & suede, & blouses.



**REGISTERS**                                                    **FRONT DOOR**

## Twin Sets/Career Knits:
♦ Once twin sets sell down from a feature presentation, the remaining twinsets will be merchandised after the broken coordinates on h-rack.
♦ Career Knits should always go from the stockroom directly to a feature.

## Clearance:
♦ Merchandise clearance at the end of the Misses Sportswear flow.
♦ Separate tops from bottoms.

D/01/02/03/04/05/06

**Ladies' Sportswear**



# D/15 Juniors

**Sizing of all Junior garments is as follows:**



- ♦ **Stores may receive table programs for sweaters/knits, both s/s and l/s. The merchandise will have a "Table" message on the ticket and is usually breakdated with a Monday date. This merchandise should be displayed on a 3 tier table.**
- ♦ When inventory permits, table presentations of sweaters, knits and/or denim should lead the features. Merchandise on tables must be signed with price point, price range and/or vendor signs.
- ♦ Show a <u>minimum</u> of Junior Accessories (D/19) product on the wall.
- ♦ In the **<u>Junior Dept. only</u>**, denim or pants may be merchandised on the wall, with tops faced out above.
- ♦ D/30 Junior Dresses (when available) are to be merchandised in Juniors.
- ♦ Junior clearance must be merchandised after regular price Junior merchandise.

The following is the preferred presentation for Juniors when it is positioned on the outfield.



Make every effort to show double stacked features at the front of the Junior department (and along the side aisle where possible).

D/15

**Junior Sportswear**



## D/17 Ladies Activewear

### Ladies Activewear Flow:

♦ Create active shop concept (soften floor) by using 4-ways and/or rounders to feature Activewear and Bodywear groups/coordinates. Sign with vendor signs and/or price points.

♦ Double or triple stack features by lifestyle, in front of shortened h-rack.  This will be an essential part of a successful Activewear department.  Coordinate groups must be featured, and should never go directly in the runs.

♦ New receipts of Golf should be featured on 4-ways or rounders.  When presentation of golf breaks down, use category paddles to identify within the runs.

♦ Back wall can be used for warm-ups with faced out presentation.

♦ Mark all Activewear with alpha size identifiers.

♦ Merchandise Activewear clearance directly after Junior Clearance (if adjacent) to create a clearance shop for Junior/Active clearance.

### Sizing of Ladies Swimwear

♦ 3/4
♦ 5/6 - include Small in 5/6
♦ 7/8
♦ 9/10 - include Medium in 9/10

♦ 11/12
♦ 13/14 - include Large in 13/14
♦ 15/16
♦ 18 - include Extra Large in 18

♦ All swimwear is to be hung on 10" clip hangers.
♦ Mark all Ladies Swimwear with numeric size identifiers.
♦ Size Ladies Swimwear with split numeric size dividers.
♦ Wraps/Sarongs should always be featured or broken out on runs.

## D/17

**Activewear**



**Swimwear**



## D/16 Petites Sizes

### Sizing of all Petite garments:



Small — 2 - include Petite in 2
4
6 - include Small in 6

Med. — 8
10 - include Medium in 10
12

Large — 14 - include Large in 14
16

- ◆ Merchandise new coordinates on front 4-ways.
- ◆ Merchandise the remainder of the coordinates on the run beginning the flow of the department.
- ◆ Move pieces of broken coordinate groups (6 pcs or less) to the category breakouts, blue highlighting the department # on the ticket.
- ◆ Merchandise Petite Dresses in the Dress department.
- ◆ Use Petite toppers on all petite merchandise.
- ◆ Mark Petite tops with alpha size identifiers and Petite bottoms with numeric size identifiers. Use the "Petite" versions of the size ID's.
- ◆ Size Petite tops with alpha size dividers and Petite bottoms with numeric size dividers.
- ◆ Use "Petite" paddles on the H-racks housing petite merchandise.
- ◆ Merchandise Petite clearance at the end of the Petite flow, tops separated from bottoms, sized: tops – alpha, bottoms - numerically. Clearance must remain in the department.

# D/09 Women's Sizes

## Sizing of Women's Sizes:

|  Tops  |  | Bottoms |  |
|---|---|---|---|
| 1X - 14/16 | 4X - 26 | 14 | 22 |
| 2X - 18/20 |  | 16/1X | 24/3X |
| 3X - 22/24 |  | 18 | 26/4X |
|  |  | 20/2X | 28 |

NOTE:  The sizing listed above is duplicated on the size paddles.  Dresses should use the sizing indicated above for bottoms.

♦ Merchandise Women's size dresses in the Women's department. A wall works best.
♦ All Women's size outerwear should be merchandised either on 4- ways or on a wall in the department.
♦ When a wall is not available for dresses or outerwear, position the taller h-racks or feature fixtures at the end of the D/09 flow, towards the back of the store to avoid blocking shorter racks.
♦ Merchandise new coordinates on front 4-ways and the remainder of the coordinates on the run beginning the flow of the department.
♦ Move pieces of broken coordinate groups (6 pcs. or less) to the category breakouts, blue highlighting the department # on the ticket.
♦ Hang Women's size pants flat front on 12"/14" clip hangers.
♦ Size Women's Size tops with 1X-4X size identifier's and bottoms with numeric identifier's.
♦ Use Women's Size's size dividers on categories with at least 5' of ownership.
♦ Merchandise Women's Sizes clearance at the end of the Women's flow, tops separated from bottoms sized alpha/numerically.  Clearance must remain in the department.

15

## D/09/16

**D/16 Petites and D/09 Women's Sizes Departments**



## D/20/21/22/23/24/26 Men's

## Men's Department Adjacencies:

**Infield:**    Men's Best Brands            **Outfield:**    *Activewear
          Men's Sportswear                        Young Men's D/22
          *Big & Tall                            *Outerwear
          *Outerwear                            *Big & Tall
                                        Tailored Clothing
                                        Furnishings
                                        Basics

* Activewear, Outerwear and Big and Tall are "swing" departments that could be merchandised on either (but not both) sides of the floor, based upon available space. They are listed in each adjacency above to be used as a placement guideline.

♦ Adjacencies may vary slightly by prototype, based upon the actual store size and layout; all stores should be able to achieve close to these adjacencies.
♦ If necessary, you may add luggage to help fill this pad.

## Men's Sportswear sizing is as follows:
**Tops:**        **Small, Medium, Large, X Large, XX Large**

**Pants:**        **28, 29, 30, 32, 33, 34, 35, 36, 38, 40, 42**

## <u>D/21 Men's Traditional:</u>

♦ Merchandise Men's pant waist size 44 or larger in the Big & Tall department (if a Big & Tall store).
♦ Men's pants are hung side out, on 10" pant hangers. The only exceptions are boxers, loungewear bottoms and activewear bottoms which are hung open.
♦ Merchandise Men's Sportswear clearance at the end of Men's full price, or after activewear based upon available space, tops separated from bottoms.  Use alpha dividers on tops, numeric dividers on bottoms.
♦ Golf collar knits will be merchandised together with Men's knits in the sportswear area.
♦ Separate Men's dress pants (D/21, 30xx, D/23 55xx) from casual pants (D/21 40xx, D/23, 40xx), as long as you own 10' or more of dress.  Size separate breakouts, use category paddles to identify the breakout.
♦ Merchandise dress pants either on the Men's Sportswear side of the floor or adjacent to suits and sportcoats.  Location is based upon individual store needs.
♦ Size all Men's tops and outerwear using alpha dividers.
♦ Size all Men's bottoms using numeric size dividers.

17

## D/20/21/22/23/24/26 Men's - continued

### D/23 Men's Best Brands:
♦ Merchandise 4-ways by vendor, by lifestyle (e.g., Casual looks pulled together, Business casual, etc.).
♦ Lead with your strongest vendor.
♦ **Space must be allocated on the Collections pad for all D/23 merchandise.**
♦ Stores may use rounders on the Best Brands pad to highlight a category of goods from one vendor, i.e. collar knits from Polo.  Use rounders only on the 2nd row of fixtures, never on the aisle.
♦ <u>Do not</u> maintain an H-rack on the Best Brands pad.
♦ It will be important to create features based on what the trends are and what sells fastest in your store.
♦ Feature D/26 **Best Brand outerwear** including Leather on the Collections pad.  This is especially important to highlight the season's opening mix, or during low inventory periods when floor space is available.
♦ Merchandise Best Brands clearance with Men's sportswear clearance by category and size.

### D/22 Young Men's:
♦ A separate D/22 shop including h-rack presentation should be set.  Preferred placement is adjacent to D/24 Activewear.
♦ All D/22 should be housed together within the shop
♦ All features should be created by lifestyle first then vendor and/or price point (e.g., Surf/Skate looks on one feature, Preppy on another).
♦ All stores should maintain a minimum of 4-6 features.

D/20/21/22/23/24/26 Men's - continued

## D/26 Big & Tall:
**Select Stores only.  All Big & Tall stores must maintain a separate Big & Tall Department.**

**Only Department 26 should be housed in the Big and Tall Dept. (any XXL D/21/22/23, or 24 items should remain in their own department).  The only exceptions include:**

- ♦ Merchandise Men's pant waist size 44 or larger in the Big & Tall department.
- ♦ Merchandise Men's pants <u>finished</u> length of 36" in Big & Tall Department, regardless of waist size.

- ♦ At least 1 feature should be placed in front of H-racks.
- ♦ All Men's B &T pants are hung side out, on 14" pant hangers.
- ♦ Size Big & Tall tops using alpha size dividers.
- ♦ Size Big & Tall bottoms using numeric size dividers.
- ♦ Size Big & Tall Sportswear Tall sizes into Big sizes.
- ♦ Utilize B &T size tabs on dress shirt tables.
- ♦ Merchandise all B &T tops together, followed by all B &T bottoms, regardless of class.
- ♦ Where possible, Big and Tall outerwear should be housed on a wall.
- ♦ Merchandise Big & Tall clearance at the end of Men's Big & Tall flow, tops separated from bottoms, using alpha dividers on tops, numeric dividers on bottoms.

| Big & Tall Tops: | Big & Tall Pants: |
|---|---|
| Medium Tall | 44 |
| Large Tall | 46 |
| X Large Tall | 48 |
| XX Large Tall | 50 |
| 1X Big | 52 |
| 2X Big | 54 |
| 3X Big | |
| 4X Big | |
| 5X Big | |

## D/20/21/22/23/24/26 Men's - continued

### **Year Round Furnishings and Specialty Flow**
- Suits
- *Sportcoats
- Dress Pants (if merchandised with tailored clothing)
- Ties/Belts
- Dress Shirts
- Gifts
- *Loungewear (on 4-ways, rounders or wall)
- *Robes/Pajamas
- *Underwear (on underwear fixture)
- *Socks (on a back wall preferably behind dress shirt tables).

* = May be merchandised on a wall

### **D/26 Tailored Clothing:**
- Merchandise on the floor using the wall as a secondary location.  Separate Suits from Sportcoats; Sportcoats on wall, Suits on floor.  When merchandising Sportcoats on the wall, show as many faceouts as space will permit.
- Better dress pants should be featured with Sportcoats (use vendor signs, where possible).
- Hang on original vendor hangers or black suit (wishbone) hangers.
- When available, a 3-way mirror should always be adjacent to the Suit presentation.
- When Sportcoats are merchandised on a wall, use a 3-way mirror (when available) to separate Sportcoats from the adjacent wall classification.
- Mark all Men's Tailored Clothing with a numeric identifier indicating size and length (e.g., 42L).
- Size all Men's Tailored Clothing using numeric size dividers.
- Within size, group merchandise by length-Short, Regular, Long.

### **Men's Tailored Clothing sizes are as follows:**
> 37S, 37R
> 38S, 38R, 38L
> 39S, 39R, 39L
> 40S, 40R, 40L
> 41S, 41R, 41L
> 42S, 42R, 42L
> 43S, 43R, 43L
> 44S, 44R, 44L
> 46R, 46L
> 48R, 48L

- Clearance tailored clothing remains hashed with full price.  Do not separate clothing clearance.
- Use clearance sleeve tags to identify clearance suits & sportcoats.

## D/20/21/22/23/24/26

**Men's Sportswear**



**Men's Activewear**



## D/20/21/22/23/24/26 Men's - continued

### D/20:
### Ties:
- Group together by vendor.
- Show 13 ties per peg (inventory permitting).
- Lead with Best Brands when available.
- Group clearance together at the end of the full price presentation, on backside of the fixture.
- Use clearance stickers on tie riders.

### Belts:
- Group together by vendor, colorize within vendor where possible.
- Lead with Best Brands when available.
- Group clearance together at the end of the full price presentation, on backside of the fixture.
- Use clearance stickers on belt riders.

### Dress Shirts:
Table Presentation Guidelines:

> *Bottom Tier -* 13 shirts per row, 6 rows per 5' section.
> *Middle Tier -* 4 shirts per row, 6 rows per 5' section, and all collars to the back of the fixture.
> *Top Tier -* 1 shirt per row, 6 rows per 5' section.

- "Jellybean" the shirts on the top tier/second tier.  Do <u>not</u> block or stripe colors.
- Size the bottom and middle tier with the appropriate size tab: neck size and sleeve length on the interior of the fixture, neck size only on end caps and the short sleeve presentation.
- Separate short sleeve dress shirts providing you have inventory levels to support the breakout.   Utilize s/s size tabs on the dress shirt tables.
- All dress shirts must have a size dot on the collar.  If not applied by DC, this must be done at store level.
- Use dress shirt endcaps for color/fashion.  Do not show white dress shirts on endcaps.
- Size clearance dress shirts at the end of the dress shirt flow, by neck size and sleeve length.  Use clearance size tabs.

## D/20

**Men's Dress Shirts, Ties, Belts**





## D/20/21/22/23/24/26 Men's - continued

### Socks:
♦ Merchandise according to lifestyle: dress socks colorized light to dark, top to bottom and left to right⇒ casual socks light to dark, top to bottom, left to right, regardless of solid or fancy patterns, single or multi pack.
♦ All better brand labels should be placed at the top of the wall.  Over the calf socks (cat. 7431) should be at the bottom of the wall.
♦ Use 8" pegs.
♦ Depending on the adjacency of your Men's department, you may need to reverse the flow of your sock wall so that dress socks always end up adjacent to the Suit and Sportcoat presentation.
♦ **All stores MUST have a minimum of 2 grid baskets and 1 walkaround devoted entirely to athletic socks leading into or adjacent to the sock wall or Men's Activewear**.
♦ Preferred presentation for 3pk and single athletic socks is in 30x30 grid baskets on the floor in heavy traffic areas.  If it is necessary to merchandise this category on the wall, flow at the end of casual socks, grouping by vendor.  Ideally a typical sock wall should not exceed 16'.
♦ Clearance socks should be housed at the end of the full price presentation.  Use price point grid baskets only during final clearance.

### Loungewear/Underwear:
♦ Preferred presentation is on 4-ways, merchandised as coordinates, followed by H-rack presentations, flowing tops into bottoms.
♦ Robes should be displayed on a fixture that accommodates the height.
♦ Bottoms are hung open.
♦ Use loungewear paddles.
♦ Underwear - all better brands should be front and forward on the men's basic fixture facing the racetrack (C. Klein, T. Hilfiger, Polo, etc.).  Allen Solly should be housed on the back of the basics fixture.  Size tabs are to be used for Allen Solly only.
♦ Basic Underwear Flow within vendor: Tee's ⇨V-Neck ⇨Athletic Shirts (tanks)⇨Brief's ⇨Boxers, top to bottom, left to right.
♦ The basics presentation should be blocked, by vendor.
♦ Merchandise loungewear clearance with Men's sportswear clearance.

## D/20/21/22/23/24/26 Men's - continued

### D/24 Activewear:

♦ Licensed T-shirts and fleece tops are to be faced out across the top when merchandised on a wall. Face the logo forward even if it is printed on the back of the garment. Licensed product should be featured first and foremost.

♦ The exception to the above is when capacity is needed in Men's Activewear; in that case, set the top of the wall to the 8' faceout/8' shoulder presentation.

♦ Warmups must be displayed on a fixture that is set at the appropriate height for the length of the merchandise.

♦ Golf collar knits will be merchandised together with Men's Knits in the sportswear area.

♦ Do not use NIKE signing; use "Top Name in Sports" sign or topper.

♦ If quantity permits, faceout team caps in an 8' section of wall, balanced on either side with licensed product. A walkaround may also be used.

♦ You may outpost active tote bags in Men's Activewear. You may also outpost a 30x30 grid basket of Athletic Socks in Men's Activewear.

♦ Men's XXL tops & bottoms remain in Activewear - do not pull into Big & Tall.

♦ Men's 2X, 3X, 4X Activewear is true Big & Tall, and will be merchandised in Big & Tall. This merchandise should arrive in stores ticketed under dept. 26.

♦ Bottoms are hung open.

♦ Size Men's Activewear using alpha size dividers.

♦ Merchandise Men's Activewear clearance with Men's Sportswear clearance.

♦ **Men's Activewear sizing is as follows:**

|                      |           |
|----------------------|-----------|
| **Tops & Bottoms:**  | Small     |
|                      | Medium    |
|                      | Large     |
|                      | X Large   |
|                      | XX Large  |

# D/25/27/28/29 Shoes

**GENERAL INFORMATION:**
- All Shoes including <u>Ladies and Men's Athletic</u> will be merchandised toe forward.
- All casual shoes should be merchandised within their department with the exception of D/25 beach shoes at retails of $14.99 and lower; merchandise these beach shoes in Accessories.
- D/25 <u>canvas</u> shoes will be merchandised within the Ladies shoe classification.
- Display Boots on the top shoe shelf within size, or follow current seasonal direction.  If the shaft of the Boot is not conducive to shelving, merchandise on a table or grid basket IN THE BOX.
- Shoe sizing snakes from left to right throughout the department.
- Block sizing top to bottom, small to large in each section of the run.
- Mark each shelf with the appropriate size tabs, centered on the shelf.  Where (2) 2½ foot shelves are used in one 5 foot section, position the tab on one shelf as close to the center as possible.  Placement shoud be consistent throughout.
- Size dots will be placed inside each shoe.
- Merchandise all dress & casual shoes out of boxes, toe forward (when Shoes/Boots are outposted on a grid basket or table, they are kept in the box.)
- When merchandising Shoes on a table or grid, limit the styles being displayed.
- A 3x10 or 7x11 sign should indicate size of first shelf.
- Do not break out sandals, CVO's, or short booties.
- **All laced shoes must have laces.  Tuck in laces.  Order laces if necessary.**
- Continually flex floor space based upon stock levels.
- Back stock sizing must mirror floor stock.
- Men's athletic may be merchandised on the backwall if necessary, to accommodate increased inventories in ladies shoes.  If Men's athletic is merchandised on the floor, it will flow after Men's clearance.
- Clearance shoes in all genders may also be merchandised on the back wall.
- Maintain a consistent number of shelves throughout each family of business.  When necessary to reduce capacity, remove shelves from the bottom first.
- **During low inventory levels, the following steps should be taken:**
    1. Remove lower shelves and consolidate remaining product to higher shelves.
    2. Eliminate the shoes from the back wall, and fill the wall with merchandise from an adjacent department (e.g. Home).
    3. The last step is to take footage off the floor, i.e. a section of each run.

## ENDCAPS:
- All endcaps are to have a consistent number of shelves.
- Feature a variety of colors and styles on department endcaps.  Merchandise each color/style vertically.
- Do not feature more than 3 styles on a single endcap.
- Size endcaps top to bottom, small into large, within style and/or color.
- Sign endcaps using a mix of vendor/price point signs.
- Change endcaps (at a minimum) once a week.
- Back endcaps are to alternate between shelved presentations and benches.
- **Place braddacks (shoe sizers) on endcaps with benches.**  Use magnetic tape for a clean appearance.

# D/25/27/28/29 Shoes - continued

## CHILDRENS:

♦ Merchandise Children's Shoes on the back wall.
♦ Merchandise Children's Shoes by size, regardless of gender.  Sizes will flow beginning with Infants and small child sizes 0 - 8, and continue with larger children's sizes 8 – 6. Do not break out boy's vs. girl's.
♦ Size each size category top to bottom, small to large, left to right within a section.

***Example:***

| Infants | Children |
|---|---|
| 0 - 2 | 8 |
| 2 | 8 ½ - 9 |
| 3 - 4 | 9 |
| 5 | 9 ½ - 10 |
| 5 - 6 | 10 |
| 6 | 10 ½ - 11 |
| 7 | 11 |
| 8 | 11 ½ - 12 |
| | 12 |
| | 12 ½ - 13 |
| | 13 |
| | 13 ½ - 1 |
| | 1 |
| | 1 ½ - 2 |
| | 2 |
| | 2 ½ - 3 |

Junior/Larger Children's Sizes
3
3 ½ - 4
4
4 ½ - 5
5
5 ½ - 6
6

♦ Merchandise children's shoes toe out.
♦ Merchandise Children's boots and slippers on separate back endcaps, sized top to bottom, small to large, left to right.
♦ Merchandise Children's clearance together at the end of the full price children's shoe presentation.
♦ In order to get full price shoes on the sales floor, pull children's clearance off back wall and flow on floor after Ladies clearance.

## CLEARANCE:

Mark each clearance shelf with the appropriate size tabs, centered on the shelf with a clearance tab.  Sign each section with the appropriate 3x10 or 7x11 clearance sign.

### MEGA SHOE STORES:

♦ MegaShoe stores are to follow the guidelines provided in the Shoe Megashop Presentation Manual.

27

# D/25/27/28/29 Shoes

**M-Store Shoe Department/Endcap**



## D/40 Boy's

The Boy's department is generally adjacent to Men's Sportswear, Men's Activewear or Men's Furnishings.  Actual location is determined by individual store layout.

♦ Boy's swimwear, shorts and boxers will be hung open.  All other bottoms are hung side out.
♦ Sleepwear (all sizes) should be merchandised together in the runs, using size paddles.

♦ **Basics flow from aisle: Socks →Sleepwear → Underwear →Boxers →Belts →Hats →Footwear.**

   ♦ Separate athletic socks.
   ♦ Separate quarter socks from crew socks.
   ♦ Suggestions for grid baskets include packaged underwear, mulitpack socks, lunchbags and backpacks, slippers and cold weather product (hats, gloves and mittens).
   ♦ Luggage on walls.
   ♦ Boxers should be featured on basics wall.  Do not mix in runs.

♦ Size Boys Tops, Bottoms, Outerwear, and Swimwear using the combined alpha and numeric size dividers.
♦ Merchandise Boys clearance at the end of the boy's full price presentation, tops into bottoms, sized following the guidelines below.

### Boys sizing is as follows:

| | |
|---|---|
| 4 - include Small | 12 |
| 5 - include Medium | 14 – include Medium in 12 and 14 |
| 6 - include Large | 16 |
| 7 & 7X- include Extra Large | 18 – include Large in 16 and 18 |
| 8 | 20 – include Extra Large in 20 |
| 10 - include Small in 8 and 10 | Student sizes are: 26, 28, 30 and 32 |

## D/40

**Boy's Department Overview**



## D/70 Girl's

### <u>Girls 4 - 16 Department:</u>

- Size Girls from 4-16.
- Coordinates will be featured on 4-ways upon receipt; when coordinates have sold down, highlight dept. # and mix in with classifications.
- Merchandise sleepwear (all sizes) together on runs, using size dividers.
- Girl's basics are preferred on a wall or k fixture.

- **Flow: Socks →Underwear/Camisole Sets → Belts →Footwear → Sunglasses → all other Accessories.**

- Grid basket suggestions include; Umbrellas (D/72), Socks, Bags, Slippers, Packaged Underwear and Cold Weather product (Hats, Mittens and Gloves).

- Flex basics walls to accommodate inventory levels.
- Size all Girls apparel using the combined alpha and numeric size dividers.
- Merchandise Girls clearance at the end of the girl's full price presentation, tops into bottoms, sized following the guidelines below.
- Merchandise Girl's pre-teen accessories together on a walkaround, (include bath & body sets, diaries, notebooks).

### Girls sizing is as follows:
> 4 - include Small
> 5
> 6 - include Medium
> 6x - include Large
> 7
> 8 - include Small
> 10
> 12 - include Medium
> 14 - include Large
> 16 - include Extra Large

## D/71 Infants & Toddlers

### Newborn, Infants and Toddlers Department Flows:

Girls and boys, Infant and Toddler merchandise is combined within each of the following size breakouts: 0-3 mos., 3-6mos., 6-9mos., 9-12 mos., 12mos., 18mos., 24mos, 2T, 3T, and 4T.

- **Within each size breakout the categories will flow year round as follows:**

**Tops ⇨ Bottoms ⇨ 1 piece ⇨ 2 piece ⇨ Dresses**

- Infants sizing should flow from left to right.
- <u>**Outerwear and Sleepwear**</u> **will be broken out and sized separately from 0 - 4T.**
- **Infant & Toddler Sleepwear is ticketed as dept. 72 (04xx,05xx,09xx,10xx).**
- Layette merchandise (newborn and infant) should be housed on a wall and/or k-fixtures and includes; Layette, Bibs, Gifts, Blankets and Bedding. Do not use basket shelving to house Layette merchandise.
- Coordinates are to be featured on 4-ways upon receipt.  Highlight dept. # and mix in with classifications when coordinates are broken.
- Infant and Toddlers should be <u>doubled</u> <u>tiered</u> whenever necessary to accommodate inventory.
- Infants and Toddlers may remain on vendor hangers.  Do not use size nubs on vendor hangers.
- Merchandise Infant and Toddlers clearance after the full price Infant and Toddler presentation.

D/71

**Infant & Toddler Baby Shop Presentation (select stores)**





# D/45 Toys' & Books

♦ Merchandise Toy's & Books together to create a "shop", using shelved walls, gondolas, k-fixtures, walkarounds and/or grid baskets.

♦ Merchandise Parenting Books with Infant Gifts.

♦ Computer Software should be housed on K-fixtures, grid baskets, etc., along with audio/video product.

♦ Plush (14xx) should be merchandised in grid baskets in layette or adjacent to toys and books.  Plush may be outposted where necessary.

♦ If space is tight within the girls department, you may merchandise toys in the boy's department.  This would be on an exception basis only.

## D/45

**Toys on a Wall/Gondola/K-Fixture**







## D/19/89 Accessories

**Accessories Adjacencies:**
Flow like businesses together:
♦ **Fragrances, Bath & Body, Cosmetic Bags**
♦ **Hair Accessories, Scarves, Umbrellas, Sunglasses, Hats**
♦ **Hosiery, Socks, Slippers**
♦ **Belts, Small Leathers, Handbags, Luggage, Sportbags**

**Suggested classification displays:**                          **Dedicated**
**Hanging (Walkarounds only)**      **Shelved**               **Fixtures**
Scarves/Wraps                       Fragrances                 Sunglasses
Umbrellas                           Small Leather Goods        Belts
Slippers                            Ind. B&B/Cosmetic Bags/    Handbags
Tights                              Eyeglass Cases             Luggage
                                    Evening/mini bags          Hosiery

**Grid/Scissor/Flat Surface**          **Wall**
**All Boxed Jewelry**                   Sport Bags (adjacent to luggage)
Multi pack athletic socks              Back Packs
Casual shoes                           Hats
B&B/Fragrance Sets                     Socks

**General Guidelines:**
♦ **<u>YEAR ROUND HANDBAG FLOW</u> - Colorize light to dark, left to right.**
♦ **DO NOT TAPE ANY FRAGRANCES.**
♦ **Separate 14K Gold from Sterling Silver on tables at the front of the department.**
♦ Use vendor and/or price point signing whenever possible.  Many fixtures can be highlighted and enhanced with signing.
♦ Use a consistent peg length (6"- walkaround, 8" – walls) within each classification.  Do not use J-hooks.
♦ Clearance should be separated from full price and housed and signed on a walkaround.  Exceptions are handbags, belts, luggage and sport bags, which are displayed at the end of each class on their designated fixtures.

**Fragrances:**
♦ Separate ladies from men's, merchandise by vendor, including ancillaries (lotions, deodorants, aftershave).
   ▪ Ladies Fragrances        83xx
   ▪ Ladies Ancillaries       70xx
   ▪ Men's Fragrances         79xx
   ▪ Men's Ancillaries        75xx
♦ Fragrances should be merchandised as close to the front of the store as possible.
♦ Stores with intensified fragrance inventories (Emporium stores) will follow special direction issued by Home Office.
♦ Do not double stack or use testers.
♦ Markdown open/shop worn packages as needed and move to clearance.

## D/19/89 Accessories - continued

**Bath & Body/Cosmetic Bags:**
♦ Display on walkarounds by color story.  Include boxed items e.g., gift sets, bath & body, cosmetic bags and candles etc.
♦ Keep similar cosmetic bags together.

**Sunglasses:**
♦ DO NOT DISPLAY ON TABLES UNLESS DIRECTED.

**Cold Weather Product:**
♦ All merchandise should be on the sales floor.
♦ The cold weather category will flow front to back (from the main aisle).
♦ The cold weather presentation must be in a high visibility area, leading into the Accessories department.
♦ Use an assortment of fixtures, including grid baskets, walkarounds, scissor tables, k-fixtures and/or perimeter walls.
♦ Leather Gloves should be merchandised together, preferably on the 1st walkaround upon entering department.

**Umbrellas:**
♦ Merchandise on walkarounds/walls using pegs, or shelves.
♦ Separate short from long.
♦ Boxed umbrellas should be shelved.

**Scarves/wraps:**
♦ Merchandise on walkarounds using 6" pegs and 1" scarf rings.
♦ Flow by size and fabrication.
♦ Wraps (D/19 31xx) should be hung on hangers on a 4-way or walkaround, using 6" pegs.  DO NOT USE SCARF RINGS ON WRAPS.

**Hats:**
♦ Merchandise by fabrication on a wall using j-hook arms or 8" pegs.  Use small hat or boot clips to hang, provided that the fabrication of the hat will not be damaged by the clip.

**Socks:**

| <u>Wall</u> | <u>Grid Baskets</u> |
|---|---|
| Trouser socks (81xx) | Athletic multi pack (67xx) |
| Single pair socks (66xx) | |
| Multi pack non athletic | <u>Walkaround</u> |
| | Tights |

♦ Use 8" pegs.  Merchandise within category by color, light to dark.
♦ All sock inventory must be on the floor (no back stock).
♦ 3-pack athletic socks should be presented in grids by price point and/or vendor.
♦ Slippers should be pegged on walls or walkarounds in Accessories or Lingerie.
♦ Clearance socks can be merchandised at the end of full price or housed in a grid/table and signed with a clearance sign.

37

## D/19/89 Accessories - continued

**Pantyhose:**
- Pantyhose will be carried on an event basis.  Merchandise as directed on a scissor table or in grid baskets.

**Belts:**
- Merchandise on belt fixture by color, light to dark year round.  Highlight fashion where possible.
- Ensure belts are on riders for easy shopping and maintenance.
- When inventory levels don't support a full fixture, belts may be pegged on a walkaround until levels increase.

**Small Leathers:**
- Merchandise shelved on walkarounds (include mini bags, wallets on a string category (8140/8150).

**Handbags:**
- Utilize endcap for features by vendor and/or price point.
- Colorize light to dark, year round.
- Merchandise evening bags separately when inventory permits, using endcaps, walls or walkarounds.
- Group clearance at end of handbag run or back wall or in grid baskets, and sign.

**Luggage:**
- Preferred placement for luggage is in the accessories dept; flow after handbags.
- In stores with the luggage fixtures, display luggage sets grouped small to large.
- In stores without the fixture, display on wall using 22" shelves.
- DO NOT HANG LUGGAGE BY EXTENDED HANDLES.

**Sport Bags/Back Packs:**
- Merchandise adjacent to luggage or handbags on back walls.
- Back packs can be triple hung on walls and outposted in grid baskets.
- Display vertically on walls using j-hook arms. (Face out logos/brand names).
- DO NOT USE HANDBAG RUNS FOR SPORTBAGS (12XX).

D/19

**Handbags**





# D/19/89

## Accessories

 

**Body & Bath (individual Items)**



**Fitness Product**

# D/19/89

## Accessories



**Small Leathers**

**Belts**



## D/19/89

### Accessories



**Scarves**



**Gloves**



**Slippers**

## D/50/55

**Socks**



## D/19

**Luggage**



# D/30 Dresses

- The Dress department is to have at least double stacked features in front of every run, inventory permitting.
- Dress features are to be housed on T-stands and 4-ways by price point, vendor, style and/or fabrication.
- All T-stands and 4-ways must be signed with price point and/or vendor signs.
- Side by side T-stands tell a story.  Merchandise should have similar silhouettes, colors and lifestyle story.

## Ladies:
- Ladies Dresses will be marked with even numeric size identifiers.
- Size Ladies Dresses using even size dividers.

**Ladies Sizes are as follows:**



4
6 - Small included in size 6
8

10 - Medium included in size 10
12

14 - Large included in size 14.
16
18 - Extra Large included in size 18.

## Petites:
- Mark Petite Dresses with even numeric size Petite identifiers: Hash with Ladies by size.
- Size Petite Dresses using even size dividers.

**Petite Sizes are as follows:**

2 - Petite included in 2
4
6 - Small included in 6

8
10 - Medium included in 10

12
14 - Large included in 14

16
18 - Extra Large included in 18

45

## D/30 Dresses - continued

### D/31 Suits:
♦ Suits should be featured adjacent to Misses Career where possible.
♦ Mark suits with the even numeric size identifiers.
♦ Size suits using even size dividers.
♦ Size Missy and Petite suits together.
♦ Suit clearance can be mixed with Dress clearance by size.

### Women's Sizes:
♦ Women's Sizes in Dresses are to be sized using the same numeric sizes you use for bottoms in D/09.
♦ All classifications including clearance should continue to be merchandised in Women's Sizes (back wall where possible). Feature where space allows.
♦ Clearance to follow behind full priced.

### Junior Dresses:
♦ Junior dresses purchased in D/30 are to be merchandised in D/15 Juniors.

### Clearance:
♦ Combine Ladies and Petite dress clearance at the end of the full price dress flow.
♦ Use the appropriate size identifier to mark the size.
♦ Clearance is the preferred category for the back wall (where appropriate).

## D/30

**Ladies Dresses**



## D/35 Ladies Outerwear

**Outerwear will lead the Dress Pad in Fall/Winter.**

♦ All stores should have a minimum of 2-4 features of Outerwear.
♦ Fur trim/Fashion coats should be first preference for features.
♦ Leather, Suede/Shearling should be featured whenever possible.
♦ Create an outerwear shop during fall/winter.
♦ Size outerwear S, M, L, XL.
♦ Combine Ladies and Petite sized Outerwear into one presentation.
♦ Merchandise Women's Size Outerwear (D/09) in the Women's Department following dresses.
♦ D/01/02 Coats should be merchandised on the Sportswear pad.
♦ Merchandise Clearance Outerwear after the full price outerwear presentation.

## D/50/53 Intimate Apparel

**Bras, Panties, Shapewear:**
- Bra and panty coordinates, into bras, into panties.
- Bra and Panty clearance should flow after panties.
- Use feature racks (16-Arm) to display new coordinate groups.
- As coordinate groups break down, highlight the category number and mix into the regular bra and panty runs by size.
- Bras remain on vendor hangers.  Runs will be triple hung and sized numerically.  Size first by back size, then cup size.  DO NOT COLORIZE.  Do not separate sport bras or strapless/specialty bras.
- Hang Panties by size. DO NOT COLORIZE.
- **Panty sizing is as follows:**
    - 5-Small
    - 6-Medium
    - 7-Large
    - 8-Extra Large
    - 9-XX Large
    - 10-XXX Large
- Shapewear will be separated and merchandised before daywear on the backwall.
- Clearance Shapewear/Daywear should flow at the end of Daywear.
- Merchandise boxed panties in a 30 x 30 grid or faced out on an endcap panel of the bra/panty run.

**Daywear:**
- Daywear includes items like camisoles and teddies.
- Merchandise by classification, on the wall behind the bra & panty runs.

**Shapewear (20xx):**
- 1pc
- Panty Girdles

**Robes and Sleepwear:**
- Merchandise robes and sleepwear separately.
- Do not break out classifications in sleepwear, with the exception of drawstring pants, to be merchandised after sleepwear.
- All sleepwear will be combined and sized on floor; all robes will be combined and sized on walls.
- Include dusters in robe presentation by size.
- **All stores should double stack sleepwear features in front of sleepwear.**
- Hang Pajamas showing the full garment.  Do not clip up pant legs.
- Coordinates arrive in stores with pink tickets and should be used for 4-way features or focal wall presentations.  Blue highlight tickets when coordinates are broken, and mix into runs.
- **Sizing is as follows:**
    - S, M, L, XL, 1X, 2X, 3X

## D/50/53

**Intimate Apparel**





# D/60/61/62/80/81/82/83/84/85 Home

♦ Refer to the most recent seasonal flow package for possible updates to this flow information.

### Seasonal Group
♦ Seasonal Merchandise – Giftware & Domestics (10xx across entire home division)
♦ Outdoor/Gardening/Grilling

### D/85 Gourmet Food
♦ Beverages
♦ Sweets
♦ Cookies/Snacks
♦ Condiments
♦ Oil/Vinegars
♦ Decorative Bottles

*Note: Food Baskets and towers should be pulled together on endcaps and tables.*

### D/82 Gourmet Housewares
♦ Cookware
♦ Flatware/Cutlery/Spreaders
♦ Kitchen Storage
♦ Trays/Coasters
♦ Kitchen Wood (keep D/82 wood separate from D/84 wood.)
♦ Functional Food Prep
♦ Barware
♦ Coffee/Tea Items
♦ Houseware Accessories
♦ Hanging Gadgets (on endcaps)
♦ Bakeware
♦ Ceramic Cookware

### D/80 Tabletop
♦ Dinnerware
♦ Boxed Gifts
♦ Novelty Ceramics/Bakeware
♦ Fine China Mugs (please keep mugs on back endcaps)
♦ Individual Drinkware
♦ Boxed Drinkware
♦ Decorative Glass
♦ Crystal

## D/60/61/62/80/81/82/83/84/85 Home - continued

Note:  Dinnerware groupings must be merchandised on plate stands and easels.  Please merchandise like colors together when few pieces exist.  These presentation standards also pertain to clearance product.

<u>D/81/83/84</u>
- Decorative Crafts (group like colors/shapes together)
- Ethnic (display on endcaps when quantities permit)
- Metal (brass, silver and alternative metals)
- Wall Décor (both D/81 & 84)
- Candles
- Stationery Boxes/Storage
- Stationery/Journals/Boxed Cards
- Books
- Photo Items
- Frames
- Desk Accessories
- Collectibles
- Decorative Ceramics
- Gardening/Gardening Accessories
- Faux Flowers
- Wicker/Lined Storage Baskets
- Lamps/Shades (display in sets of 2, where possible)
- Accent Furniture
- Medium/Large Furniture (don't use as a base to merchandise other products that may damage the furniture.)

<u>Back Wall Presentation</u>
- Framed Art
- Mirrors
- Wall Collages
- Wall Décor (both D/81 & D/84)
- Wall Clocks

- Nested merchandise must be displayed individually.
- Clearance should be housed on the back endcaps or in one designated area, preferably at the end of the regular price flow.  Choose the best clearance placement for your store.
- Merchandise featured on endcaps should tell a story and provide an opportunity for multiple sales.
- Use plexi book fixtures to face books, journals and photo albums cover forward for best merchandise presentation.
- Use plexi risers for lamps in order to increase capacity and improve the appearance of the presentation.

## D/60/61/62/80/81/82/83/84/85 Home - continued

**D/61**
- ♦ Kitchen Accessories (oven mitts/pot holders, kitchen towels and aprons) should hang on endcaps or be pegged within runs.
- ♦ Table Linens (tablecloths, runners, napkins and placemats) should be housed on the back wall adjacent to dinnerware.
- ♦ D/61 merchandise should be pulled into endcaps featuring dinnerware.
- ♦ Do not use D/61 product <u>under</u> merchandise displayed on a shelf.

**D/60**
**Decorative**
- ♦ Throws – should remain on the hangers on which they arrive.
- ♦ Toss Pillows – duplicate styles should be merchandised together to promote multiple sales.  Overall, colorize light to dark.
- ♦ Scatter rugs – kitchen mats and shags
- ♦ Better rugs

**Bath**
- ♦ Bath Accessories (soap dishes, toothbrush holders, tumblers, trash cans, pumps, etc.)
- ♦ Bath mats on bottom shelf.
- ♦ Shower curtains and liners should be pegged.
- ♦ Bath hardware should be pegged or on shelf below pegged curtain & liners.
- ♦ Hampers and bath furniture.
- ♦ Towels – arranged by color –dark to light.
- ♦ Bath rugs on bottom shelf of towel run.

**Bedding**
- ♦ Comforters are preferred on wall.
- ♦ Feature ensembles with coordinating items.
- ♦ All fashion merchandise should be on the sales floor.  Reduce footage of basics (bed pillows and mattress pads) to accommodate fashion merchandise.
- ♦ Throws should not be removed from hangers they are received on.  Feature on 4-ways and t-stands, or pegged in the runs.

## D/60/61/62/80/81/82/83/84/85 Home - continued

**Clearance:**
♦ Merchandise Domestics clearance together at the end of the Domestics flow.
♦ Merchandise Giftware clearance together at end of Giftware flow.
♦ Clearance should be <u>consistently</u> merchandised in Giftware/Domestics.  This could be on back endcaps, or one designated clearance area on the runs.  Choose the best option.

♦ **STYLES - HORIZONTAL, BLOCKED -** Present each style within a category on one shelf (except as noted).  Block categories top to bottom, front to back, beginning at the racetrack.
♦ **ENDCAPS** are to be used and changed just as a 4-way or other feature rack.  Do not house a category of goods permanently on an endcap, with the exception of mugs, gadgets and kitchen textiles.  The endcap should represent the merchandise on the gondola it leads.  To maintain differentiation, minimize accessorizing on endcaps. When done, it must be shown primarily on the top shelf.  Home endcaps may be used for price/item impact or themes and trends.
♦ **FENCING** should be used in domestics on all merchandise faced out.  Do not use fencing on library style product.  It should also be used on the bottom shelf of wall art.

**Gourmet Food**
♦ To be consistent in the department, shelving will be staggered.
♦ Merchandise like product together, pulled to the front of the shelf.
♦ Ensure frontal exposure for all types of products.  Reduce the number of facings if necessary to achieve this.
♦ 7 x 11 gourmet food quality guarantee sign must be used above product on run.  Do not cover sign; it must be visible.
♦ **Markdown/M.O.S. any shopworn/expired food.  On the second markdown, all gourmet food should be marked out of stock.**

**Gift Housewares**
♦ Includes all hostess sets (50xx).
♦ Merchandise by product and vendor.
♦ Knives must be merchandised on the top shelf.

**Flatware**
♦ Merchandise by vendor.
♦ Group like patterns together.
♦ Ensure boxes are in good repair.

**Teakettles**
♦ Merchandise by vendor and style.
♦ Block product to the front of the shelf.

**Cookware/Ceramic Bakeware/Hanging Skillets**
♦ Keep lids together with related cookware, bar lock lids to pots.
♦ Skillets may be pegged on a back endcap.

54

## D/60/61/62/80/81/82/83/84/85 Home - continued

**Wood/Trays & Coasters/Salt & Pepper**
- Includes all wood cutting boards, trays & coasters, salt & pepper and wooden kitchen accessories.
- Merchandise by vendor and style.

**Functional Gourmet**
- Includes all acrylic salt and pepper mills, napkin holders, food storage containers, barware, boxed gadgets, spreaders etc.
- Merchandise by vendor and product type.
- Block product to the front of the shelf.

**Open Stock Dinnerware**
- Merchandise out of boxes.
- Tickets will be seeded in the top flap of the box.  Stores are to apply tickets to back of individual pieces.  **DO NOT COVER** vendor/style identification or country of origin on bottom of each piece.
- Utilize plate stands at a 45° angle toward the front of the department to show different dinnerware patterns.  For remaining plates, stack like items only.
- Lead with prestige vendors into non prestige.
- Boxed sets will flow after individual dinnerware.

**Mugs/Collectibles**
- Display on mug peg hooks on a back endcap adjacent to the gourmet ceramics presentation.
- Shelve boxed mugs at the bottom of the pegged display.
- Merchandise mugs that are part of an open stock dinnerware collection with the dinnerware collection.

**Gourmet Ceramics**
- Merchandise sets together horizontally across shelves.  Do not stack large pieces on top of one another.
- Use display easels set at a 45° angle to the main aisle.

**Stemware, Barware, Beverage Sets**
- Flow boxed sets after all individual drinkware.
- Merchandise open stock by product type, i.e. barware, stemware, etc., and by pattern within each type.
- Boxed sets are to be merchandised by vendor and style.

## D/60/61/62/80/81/82/83/84/85 Home - continued

**Glass & Crystal and Glass Serveware:**
♦ Crystal (Class 13xx) and decorative glass (Class 14xx) will be merchandised separately.
♦ Within each classification, hash together the merchandise.  Do not separate by product type and vendor; however, keep small pieces on top shelves into larger pieces on bottom shelves.
♦ Open stock will flow first, into boxed.
♦ Matching candlesticks must be kept together.
♦ Keep high end vendors in boxes (i.e. Waterford, Lenox).

**Picture Frames**
♦ Expand space as necessary to accommodate inventory.
♦ Display all picture frames vertically by fabrication.
♦ Flow – wood (light to dark), brass, silverplate, ceramic and baby/novelty.  **Lead with most dominant ownership.**
♦ Remove all frames from boxes (unless in a photo gift box), affix piggyback ticket to back of frame.  NOTE:  Frames with velvet backing may have tickets affixed to the front of the frame.
♦ Group together all sizes in one style, mix sizes on a shelf, 8x10, 3x5, etc.
♦ Angle the face of each frame 45° toward the front aisle.
♦ Price point endcaps whenever possible.

**Photo Albums/Storage Boxes/Office/Desk Accessories**
♦ Display on shelves vertically, library style.
♦ Group like items together.

**Stationery/Books**
♦ Merchandise grouped by topic (e.g., cookbooks, where possible).
♦ Faceout where space permits; display library style to increase capacity.
♦ Use plexi book fixtures where possible.  Adjust shelves as necessary.

**Ceramics, Planters, Vases**
♦ Merchandise like styles and patterns together, small pieces into large pieces.
♦ Remove damaged product daily and MOOS.

**Framed Art/Mirrors/Wall Décor**
♦ **DO NOT USE GRID BASKETS.  DISPLAY ON WALLS, K-FIXTURES OR ENDCAPS ONLY.**
♦ Do not remove cardboard from corners of framed prints.
♦ Merchandise on a back wall using framed art brackets (if slatwall).
♦ Group the prints by size by theme.  To maximize shoppability, position the largest framed art toward the bottom of the wall, small in the middle and medium sizes at the top of the wall.  Cover as much of the wall as possible.
♦ Merchandise large prints at the end of the framed art presentation.  Use the black rubber mat lining on shelves to prevent slipping.
♦ Merchandise mirrors at the beginning of framed art.

## D/60/61/62/80/81/82/83/84/85 Home - continued

**Lamps/Shades**
- ♦ **Attach shades to lamps using bar locks.**
- ♦ Merchandise shelved on a side of a gondola.
- ♦ Remove/adjust shelves as necessary to fit product.
- ♦ Merchandise pairs together.
- ♦ Markdown lamps if shades are missing.
- ♦ Use plexi lamp risers to increase capacity.

**Decorative Metals**
- ♦ Includes all silverplate, copper, brass and other metal decorative pieces.
- ♦ Merchandise like metals together; pieces may be hashed within each metal type.  Keep small pieces on top; larger pieces on bottom.
- ♦ Metal items that hang may be merchandised with wall décor where space permits.

**Accent Furniture**
- ♦ If you have open floor space, merchandise furniture on floor platforms.  Group together by look: Ensure proper aisle width between floor presentation and gondolas.
- ♦ Stores may hold <u>duplicate</u> large furniture in the back room if floor space is not available; fill in as merchandise sells.
- ♦ **Do not merchandise accessories or lamps on top of the furniture.**
- ♦ **Do not place rugs on floor beneath furniture.**
- ♦ If you do not have open floor space for furniture, merchandise on the side of a gondola. Remove/adjust shelves as needed to display the product.
- ♦ **MARK DOWN DAMAGES**.  Review your furniture daily to determine there is NO damaged merchandise on the sales floor at regular price.

**Decorative Pillows**
- ♦ 22" shelves, 4 shelves including the base (base treated as the first shelf) spaced approximately 10 open slots apart.  A 5th shelf can be added if inventory permits.
- ♦ Merchandise library style.
- ♦ Flow by color, light to dark.  Block color top to bottom.  Duplicate styles should be merchandised together to promote multiple sales.
- ♦ Use grids and flat surface to feature.
- ♦ The patterned or detailed side of the pillow should face the main aisle.

**Decorative Rugs**
- ♦ 22" shelves, 5 shelves including the base (base treated as the first shelf) spaced approximately 7 open slots apart.
- ♦ Rugs flow from oriental to wool to lightweight cotton.
- ♦ Size smaller rugs by shelf - smallest to largest, top to bottom.
- ♦ <u>Reverse</u> roll smaller size rugs or runners to show pattern; merchandise in grid.
- ♦ Large size rugs (5 x 7 and larger) should be merchandised on a banquet table.  Fold in half to show the pattern, stagger on top of one another.  Do not show more than 6 rugs per stack.
- ♦ Use as many fixtures as needed to avoid backstock, but keep presentation shoppable.
- ♦ Pull markdowns to clearance run.

## D/60/61/62/80/81/82/83/84/85 Home - continued

**Bath Accessories**
- 18" shelves, 5 shelves including the base (base treated as the first shelf) spaced approximately 7 open slots apart.
- Group bath accessories together by classification, such as all stainless steel together, all ceramic together, etc.
- Merchandise groupings together.  Colorize presentation overall.
- Merchandise shower curtains in the last section after bath accessories.
- All peggable product should be merchandised at the end of the bath accessories flow.
- All window treatments should be pegged at the end of bath accessories/endcaps.
- Pull markdowns to clearance run.

**Bath Rugs**
- Merchandise on the base of the towel or bath accessories run.
- You may use the base plus the shelf next up if needed.
- Fold rugs so that they do not overlap the shelf.
- Bath rugs are colorized following the same color sequence outlined for towels.

**Towels:**
- 18" shelves, 5 shelves including base (base treated as the first shelf) spaced approximately 7 open slots apart.
- Merchandise towels vertically; within each color/style of towel, top 2 shelves bath towels, third shelf matching hand and wash, fourth and fifth shelves bath towels (fifth shelf may be used for rugs instead of towels).
- Block colors.  Merchandise dark shades into light shades within each color family.  Do not snake color flow of towels.
- Line up the matching bath towels with hand and face.
- Leave the front endcap of the towel run open for feature items.
- When featuring towel ensembles, include BATH, HAND and WASH.  Do not separate bath towels from matching hand and wash.  Markdown any hand & wash that no longer have matching bath towels.
- Bath sheets fall at the end of the towel presentation or along the bottom shelf within color.
- Beach Towels should be pulled together and merchandised at end of flow and/or on endcaps.

## D/60/61/62/80/81/82/83/84/85 Home - continued

**Sheet Sets and Open Stock Sheets:**
- ♦ 18" shelves, 4 shelves, including base (base treated as the first shelf) spaced approximately 18" apart, 5" fencing.  If using baskets (the preferred method): use 4 baskets with approximately 9 open slots between baskets for 66" high fixtures. Increase the open slots to 10 for 76" fixtures and to 13 for 86" fixtures.
- ♦ Merchandise sheets front facing.
- ♦ Block sizing top to bottom beginning at the front aisle with Twin.
- ♦ Flow sheet sets into open stock sheet within size, provided there is sufficient inventory in each to support the breakout.
- ♦ All sheets and pillow cases are price ticketed on the front of the package in the upper right hand corner.
- ♦ Place the size sticker on the top left edge of each sheet package.
- ♦ Pillowcases and bedding accessories (bed ruffles, pillow protectors, etc.) must be displayed at the end of the sheet run, following king size sheets.
- ♦ Jersey knit sheet sets that come in a jersey bag should be merchandised in a grid basket/endcap in the department where possible.

**Mattress Pads/Blankets:**
- ♦ 18" shelves, 4 shelves including base (base treated as first shelf) spaced approximately 18" apart.
- ♦ Place mattress pad size sticker in upper left corner.  Fencing must be used on each shelf.
- ♦ Blankets should have size dots on center side of package.
- ♦ Each category must be sized separately.
- ♦ Size strips centered on every shelf.

**Throws/Quilts/Coverlets/Duvets/Shams:**
- ♦ Throws should be faced out in department on original hanger or outposted if necessary.
- ♦ Duvet stickers should be placed on the top center side of the package.
- ♦ Merchandise coordinating shams together with matching quilts, coverlets & duvets.
- ♦ When applying security tag to zipper bags, leave enough space to allow customers to touch product.

**Comforters/Bed in a Bag:**
- ♦ 22" shelves, 3 shelves including the base (base treated as first shelf) spaced approximately 14 open slots apart.
- ♦ Merchandise comforters library style with the ticket facing the customer.
- ♦ Place size sticker in the center of both sides of the bag.
- ♦ Block sizing top to bottom beginning with twin.
- ♦ Down comforters must be displayed separately from other comforters.
- ♦ Down comforters are merchandised front facing with size stickers on the front of the package.
- ♦ When applying security tag to zipper bags, leave enough space to allow customers to touch product.

## D/60/61/62/80/81/82/83/84/85 Home - continued

**Bed Pillows:**
- 22" shelves, 4 shelves including base (base treated as first shelf) spaced approximately 11 open slots apart.
- Block sizes top to bottom.
- Merchandise library style: standard, queen, king.
- Size sticker is placed in the center of the bag and in the middle of left flap.
- Clearance bed pillows must be pulled out of run and placed in clearance.

**Table Top and Kitchen Towels**
- The preferred placement for kitchen & tabletop is on a rear wall as close as possible to giftware/dinnerware (adjacent to department 82/80) or as directed.
- 18" shelves, 5 shelves not including base (22" bottom shelf should be angled to touch the base - do not put product on base) spaced approximately 6 open slots apart, 3" fencing.
- Coordinating tabletop merchandise should be pulled into a grid basket- adjacent to the department or at FOS when directed.
- Napkins are to be colorized light to dark and stacked lengthwise library style.  Napkin sets should be separated from single napkins.
- Tablecloths will lead the run and be sized Square⇒Oblong⇒Oval⇒ Round.  Display 7x11 Guide to Tablecloth Sizes to assist customers.
- Placemats flow vertically light to dark.
- Doilies & Runners should be pegged at the end of the tabletop presentation.
- Kitchen Towels, Sets, Oven Mitts, Potholders & Aprons must be merchandised on a back endcap/wall.  Do not house in same aisle as table top.
- Keep styles together, square off pegs.
- Seasonal Tablecloths should be outposted in a grid basket.

## D/80/81/82/83/84/85

### Giftware Gondola Presentations



### Dinnerware




## D/80/81/82/83/84/85

**Giftware Gondola Presentations**



**Metals**





**Decorative Glass**          **Boxed Drinkware**

D/80/81/82/83/84/85

## Giftware Gondola Presentations



**Frames**



**Ottomans**

## D/80/81/82/83/84/85

**Giftware Endcaps**





## D/80/81/82/83/84/85

**Giftware Platform/K-Fixture Features**





## D/60/61/62/80/81/82/83/84/85

**Rug Presentation**



## D/60/61/62/80/81/82/83/84/85

**Home Focal Walls**





## D/60/61

**Domestics Gondola Presentations**



**Towels**

Bottom shelf may be used for bath rugs.

# D/60/61

## Domestics Presentations



**Kitchen**



**Table Linens**

## D/60/61/2

**Domestics Endcaps**





